U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 15 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD STAMPLEY, Plaintiff | CIVIL ACTION NO. 1:15-CV-00104; SEC. P |
| VERSUS | CHIEF JUDGE DRELL |
| DERECK TURNER, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Summary Judgment (Doc. 23) filed by Defendants, Derick Turner, John Lacaze, Adam Patrick, and Paul Merl is GRANTED, and that all claims against Defendants are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED at Alexandria, Louisiana, on this 14 day of September, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT